**RUDNICK, ADDONIZIO & PAPPA**
A Professional Corporation
25 Village Court
Hazlet, New Jersey 07730
(732) 264-4400    File No. L-10275-CZ
Attorneys for Plaintiff

| | |
|---|---|
| AMANDA CARINE BARBOSA RODRIGUES, | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** |
| Plaintiff, | |
| v. | Civil Action No. |
| NEW YORK DAILY NEWS, NYP HOLDINGS INC. t/a NEW YORK POST, MAXIM MAGAZINE INC. t/a MAXIM MAGAZINE, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendants | |

Plaintiff, AMANDA CARINE BARBOSA RODRIGUES (hereinafter referred to as "Rodrigues") an individual presently residing in the Country of Brazil, by way of Complaint against the defendants NEW YORK DAILY NEWS (hereinafter referred to as "News"), NYP HOLDINGS INC. t/a NEW YORK POST (hereinafter referred to as "Post"), MAXIM MAGAZINE INC. t/a MAXIM MAGAZINE (hereinafter referred to as "Maxim") herein says as follows:

## JURISDICTION

1.    Jurisdiction of the Court is invoked under the provisions of 28 USC § 1332, federal diversity jurisdiction. The court has supplemental jurisdiction over plaintiff's State law claims pursuant to 28 USC § 1367(a).

## THE PARTIES

2.      Plaintiff Rodrigues, a female, is a resident of the Country of Brazil and has a United States residence address in the City of Elizabeth, County of Union and State of New Jersey.

3.      Plaintiff Rodrigues, at all times material herein, is neither a public official nor a public figure.

4.      Defendant News is a daily newspaper/tabloid publication with its principal business headquarters located in New York, New York.  Defendant News conducts business within the State of New Jersey, including, but not limited to, disseminating its newspaper publication throughout the State of New Jersey as well as throughout the United States of America, and additionally publishes its newspaper on its website.

5.      Defendant Post is a daily newspaper/tabloid publication with its principal business headquarters located in New York, New York.  Defendant Post conducts business within the State of New Jersey, including, but not limited to, disseminating its newspaper publication throughout the State of New Jersey as well as throughout the United States of America, and additionally publishes its newspaper on its website.

6.      Defendant Maxim is an international men's magazine based in the United Kingdom, and having a United States business address in New York, New York.  Maxim conducts business within the State of New Jersey and throughout the United States and internationally by publishing and disseminating its magazine throughout the aforesaid states and foreign countries, as well as publishing its articles on its website.

## FACTUAL BACKGROUND

7.      Plaintiff Rodrigues was the wife of the late former professional boxer, Arturo Gatti.  The couple was married in August of 2007.

8.      On or about July 11, 2009, Arturo Gatti died as the result of suicide while on vacation with plaintiff in Brazil.

9.      Plaintiff was originally detained by Brazilian police pending an investigation surrounding her husband's death.

10.      Defendant News published multiple articles in its newspaper concerning plaintiff. These articles specifically referred to plaintiff by name throughout, and most contained a photograph of plaintiff, as well.

11.      Specifically, News' articles were defamatory towards the plaintiff.   The defamatory language published by News is as follows:

(a)      On July 13, 2009, a photograph of plaintiff was displayed on the front page of its newspaper accompanied by the headline "Arturo Gatti's stripper wife charged with strangling ex-champ as he slept."

(b)      On page 3 of the July 13, 2009 edition, displaying a photograph of plaintiff, stated "stripper-wife strangled Gatti in sleep, cops say." Said article also refers to plaintiff as "Boxing legend Arturo Gatti's sexy stripper-wife." Said article also refers to plaintiff as follows:  "Amanda Carine Barbosa Rodrigues, a 23-year-old former exotic dancer…"  Said article further states of plaintiff and Gatti "the couple – who had met while she danced at a club in Brazil…"

3

(c)   On July 13, 2009, the defendant News' website contained an article with a photograph of plaintiff which read "Amanda Carine Barbosa Rodrigues . . . is a former stripper."

(d)   In its July 14, 2009 edition of the News, an article printed on page 9 contained a photograph of plaintiff and Gatti, referred to plaintiff as "… Gatti's 23-year-old wife, ex-stripper Amanda Rodrigues."

(e)   In its July 19, 2009 edition of the news, in an article entitled "Boxer's death may be suicide," referred to plaintiff as "Amanda Rodrigues, a former exotic dancer."

(f)   In its July 29, 2009 edition of the News, in its "Sports Wire" article, plaintiff was referred to as "Amanda Carine Barbosa Rodrigues, a 23-year-old former exotic dancer."

(g)   In its July 31, 2009 edition of the News, on page 19, an article was published containing two photographs of plaintiff and referred to plaintiff in the headline as "ex-stripper wife."  Said article also refers to plaintiff as "Gatti's ex-stripper wife, Amanda Rodrigues."

(h)   In its August 21, 2009 edition of the News, an article was published stating of plaintiff that "Gatti met her at The Squeeze Lounge, a gentlemen's club in Weehawken, N.J." Said article also states that "Rodrigues worked there from 2006 – 2007" and that "she was a good dancer," "she definitely was not a beginner.  She knew how to dance on the pole and give table dances.  She was a good worker."

(i)   In its July 4, 2010 edition of the News, an article was published stating that "Rodrigues, 24, met Gatti while working at a New Jersey Strip Club."

4

12.     Defendant Post, on July 14, 2009, published an article in its newspaper and on its website entitled "Gatti killed self: wife."  The defamatory language in said article is as follows, "Arturo Gatti's stripper wife."  Said article identifies Gatti's wife as "Amanda Carine Barbosa Rodrigues, 23."

13.     Defendant Maxim, in its March 2010 edition of its magazine, published an article entitled "To the Death" at pages 88 – 93.  The defamatory portions of said article are as follows:

(a)     "Amanda 'THE STRIPPER'" above a photograph of plaintiff on pages 88 – 89.

(b)     "It was with this mind-set that Gatti walked into the Squeeze Lounge, a Weehawken, New Jersey go-go bar, with his black German shepherd, Hex, in late 2006."

"Amanda Rodrigues was onstage behind the bar. Like the other girls at the club, she'd dance, swing on the 30-foot pole, and strip to a G-string and bikini top."

"Tight-bodied, with a belly piercing and a loud but seductive manner, Amanda had landed in the Garden State from her native Brazil in 2000. According to her mother, Rosie Barbosa, Amanda attended Hillside High School and Union County College, a two-year school in urban Elizabeth, studying business. Along the way, Barbosa says, her daughter worked at a Toyota dealership, a Nextel store, and a clothing shop—but never a strip club."

"'Her mother didn't know she was a dancer,' Naomi Prosperi says."

"Michael Prosperi regarded Amanda as a practiced hustler. 'I'm not calling her a prostitute,' he says. 'But these girls are here to make money, and she was one of the best. She could talk to a customer at the bar and keep him there, spending 100 or 200 dollars. Sometimes she'd say, 'Well, I have to go make money now,' and the guy would throw down some more money for her to stay.'"

"When Gatti visited the club, Amanda would call him over to the other girls. "She'd say, 'This is my boyfriend,' and ask him to tip me," says Jessica, a Russian girl with puffy blonde hair and a tiny G-string. "And he'd tip me with a $100 bill."

"Eventually, … Amanda quit her job at Squeeze…"

14.     The defamatory articles are annexed hereto as Exhibit A.

15.     Each and every article as aforesaid was also published by defendants on their respective websites and remains viewable online at present.

## COUNT I

### LIBEL

16.     Plaintiff realleges paragraphs 1 – 15 and incorporates them by reference as paragraphs 1- 15 of Count I of this Complaint.

17.     The defendants, News, Post and Maxim falsely stated that plaintiff was a "stripper," "ex-stripper," and/or an "exotic dancer" at a "go-go bar."

18.     Defendants published the aforesaid false statements in their print publications as well as on their websites.

19.     Defendants were either aware or should have been aware of the inaccuracy and falsity of the statements that were published.

20.     Plaintiff was neither consulted nor contacted to ascertain the truth or falsity of the afore-mentioned statements.

21.     Defendants recklessly and/or intentionally published the false statements in their publications and on their websites.

22.     Plaintiff has suffered severe emotional harm and damage to her name, image and reputation as a result of the defamatory statements.

*WHEREFORE*, plaintiff Rodrigues demands judgment against defendants as follows:

(a)     All damages which plaintiff has sustained as a result of defendants' conduct, including, but not limited to, emotional distress, humiliation, embarrassment, and mental anguish;

(b)     Exemplary and punitive damages in an amount commensurate with defendants' ability and so as to deter future malicious, reckless and/or intentional conduct;

(c)     Awarding plaintiff her costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fee, if applicable, and other costs;

(d)   Prejudgment and Post judgment interest as provided by law; and

(e)   Such other and further relief as this Court deems just and proper.

## COUNT II

### LIBEL PER SE

23.   Plaintiff Rodrigues realleges paragraphs 1 - 22 and incorporates them by reference as paragraphs 1 – 22 of Count II of this Complaint.

24.   At all times mentioned herein, the statements made by defendants as aforesaid are libelous on their face.

25.   Said statements are widely understood to be harmful to a person's reputation.

26.   The aforementioned statements clearly accuse plaintiff in engaging in immoral activities, and/or pertain to the unchastity of a female.

27.   Accordingly, the conduct of defendants complained of herein constitutes libel per se.

28.   The above referenced conduct of defendants was and is willful, malicious, fraudulent, outrageous and in conscious disregard and in indifference to plaintiff's rights.

29.   As a direct and proximate result thereof, plaintiff has suffered severe emotion harm and damage to her name, image and reputation as a result of the defamatory statements.

*WHEREFORE*, plaintiff Rodrigues demands judgment against defendants as follows:

(a)   All damages which plaintiff has sustained as a result of defendants' conduct, including, but not limited to, emotional distress, humiliation, embarrassment, and mental anguish;

(b)   Exemplary and punitive damages in an amount commensurate with defendants' ability and so as to deter future malicious, reckless and/or intentional conduct;

(c)    Awarding plaintiff her costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fees, if applicable, and other costs;

(d)    Prejudgment and Post judgment interest as provided by law; and

(e)    Such other and further relief as this Court deems just and proper.

## COUNT III

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

30.    Plaintiff Rodrigues realleges paragraphs 1 - 29 and incorporates them by reference as paragraphs 1 – 29 of Count III of this Complaint.

31.    Defendants, by the actions described herein exhibited extreme and outrageous conduct.

32.    In undertaking the aforementioned actions, the defendants intended to cause plaintiff severe emotional distress.

33.    The aforementioned conduct has caused plaintiff severe emotional distress and mental anguish.

34.    As a direct and proximate result of defendants acts and omissions, plaintiff has in the past, and will in the future, suffer damages.

*WHEREFORE*, plaintiff Rodrigues demands judgment against defendants as follows:

(a)    All damages which plaintiff has sustained as a result of defendants' conduct, including, but not limited to, emotional distress, humiliation, embarrassment, and mental anguish;

(b)    Exemplary and punitive damages in an amount commensurate with defendants' ability and so as to deter future malicious, reckless and/or intentional conduct;

(c)     Awarding plaintiff her costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fee, if applicable, and other costs;

(d)     Prejudgment and Post judgment interest as provided by law; and

(e)     Such other and further relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to *Rule* 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury as to all issues raised by these pleadings.

RUDNICK, ADDONIZIO & PAPPA
Attorneys for the Plaintiff

By: _____
MARK F. CASAZZA

DATED:   JULY 12, 2010



Weather: Mostly sunny, 83/63    RACING ★ FINAL    Monday

# DAILY◉NEWS

**50¢**   *NEW YORK'S NUMBER ONE NEWSPAPER*   NYDailyNews.com

**Arturo Gatti's stripper wife charged with strangling ex-champ as he slept**

# FATAL KNOCKOUT

**COMPLETE STORY — SEE PAGE 3**



**A dollar menu that won't break your bank but might just fill it.**

With lots of games for a dollar or less the New York Lottery has the hottest menu in town.

# BOXER'S BEAUTY GRABBED IN SLAY

## Stripper-wife strangled Gatti in sleep, cops say

**BY HAROLD EMERT** *in Rio de Janeiro,*
**MITCH ABRAMSON and SAMUEL GOLDSMITH**
DAILY NEWS WRITERS



BOXING LEGEND ARTURO Gatti's sexy stripper-wife choked the life out of him with her purse strap while he slept in a swanky Brazilian resort, cops charged yesterday.

Amanda Carine Barbosa Rodrigues, a 23-year-old former exotic dancer, looked unfazed as cops escorted her out of a police station in Recife, Brazil.

The stunner's eyes were hidden by giant designer sunglasses as she walked to a police cruiser in low-rise blue jeans and a clingy white top that showed off the toned physique that first caught Gatti's eye.

The busty bombshell's purse was found stained with blood in their rented apartment at the luxurious Dorisol Resort in the turquoise-water paradise town of Porto de Galinhas.

"She is the only suspect," a police spokesman said.

The couple — who had met while she danced at a club in Brazil — were vacationing there to celebrate a second honeymoon after rekindling their relationship following a brief breakup, friends said.

Carl Moretti, who promoted many of Gatti's fights, said he always worried the 37-year-old former Jersey City star spent too much time in strip clubs picking up the wrong women.

"Among friends who knew him, no one felt that this was a good relationship," Moretti said. "The relationship was not based on love. It could get violent at times."

Moretti said he had heard through Gatti's manager, Pat Lynch, that Rodrigues threw a lamp at Gatti on a recent trip to Montreal.

"They were always fighting," he said. "It never stopped. But clearly, you didn't think that it would lead to this."

Authorities detained the tight-bodied beauty early yesterday because of contradictions in her story when she was first questioned. Police called her version of what had happened "inconsistent and incoherent."

Rodrigues could not explain how she had spent nearly 10 hours in the room without noticing that Gatti was dead, authorities said.

The couple went to a bar Friday night and began to argue, witnesses said. Rodrigues told cops Gatti got drunk, hit her and pushed her to the floor.

Witnesses said the two were still fighting when they returned from the bar early Saturday morning.

Rodrigues was being examined at the Medical Legal Institute near their vacation spot and will spend the night in prison.

Gatti, who won 40 of his 49 professional fights, including 31 by knockout, was raised in Montreal but became a star in Atlantic City, where he won his first title. He moved to New Jersey in 1991 and delighted crowds there until his retirement in 2007.

Nicknamed Thunder, he won world championships in two different weight classes, 130 pounds and 140 pounds.

"She murdered her husband and left her child an orphan," said Lou DiBella, a former executive at HBO who put together several of Gatti's more memorable fights.

"Now she's going to spend the rest of her life in prison. This is just too much a tragedy."

**With Irving DeJohn and News Wire Services**



Amanda Rodrigues, 23, wife of 37-year-old Arturo Gatti (inset), is taken into custody in Brazil after being accused of killing the former boxing champ while he slept at the posh Dorisol Resort (below) in Porto de Galinhas. Photo by Clemilson Campos

nydailynews.com

DAILY NEWS

Monday, July 13, 2009

**Exhibit A**
2 of 13

# She's too 'fragile' to kill, says lawye

## But police insist only wife and Gatti were in apt.

BY HAROLD EMERT
*in Rio de Janeiro*
and IRVING DeJOHN,
MITCH ABRAMSON
and SAMUEL GOLDSMITH
DAILY NEWS WRITERS

BRAZILIAN COPS put the bloody purse strap and knife that killed Arturo Gatti on display yesterday as his wife's lawyer insisted she's too "fragile, young and skinny" to kill a boxing champ.

Police said there's no way anyone but Gatti's 23-year-old wife, ex-stripper Amanda Rodrigues, was inside the couple's luxurious rental apartment when the former champ was killed.

"It was technically impossible for a third person to have been in the flat," lead investigator Moises Teixeira said Monday. "She did this alone."

There were no signs of forced entry. Electronic locks indicated no one else had entered the room.

Rodrigues' lawyer, Celio Avelino, said her client "is fragile, young and skinny. How could she kill a boxing champion?"

Police believe Rodrigues was capable of strangling her husband because he was drunk — and she stabbed him in the back of the head with a knife.

She then used her nylon purse strap to strangle the passed-out fighter, cops said.

Gatti's distraught sister, Anna-Maria Gatti, got a call from Rodrigues on Saturday telling her the boxer was dead, the Winnipeg Sun reported.

"She didn't cry. She was very, very cold," Anna-Maria said before insisting the Gattis would adopt the couple's 10-month-old son, the Montreal Gazette said.

The boxer, his wife and their baby son, Arturo Jr., were to fly to Florida this week for Anna-Maria Gatti's wedding.

Rodrigues was arrested Sunday. She is being held near Porto de Galinhas, the seaside resort town where the couple went for a second honeymoon.

Rodrigues told cops she and Gatti had a fight Friday night at



In happier times: Boxer Arturo Gatti poses with his wife, Amanda Rodrigues, at a party at the We[...] son Country Club in New Jersey. Photo by Mike Gladysz/Presschicago

a bar, and that her husband pushed her, causing minor injuries to her elbow and chin.

Later on Friday night, they both made it back to the rental apartment, where they slept in separate rooms.

Rodrigues told police she slept in the bedroom with her son, while Gatti slept in the living room.

She said she awoke at 6 a.m. to feed her son and three hours later realized Gatti was dead. He had been dead for hours.

"When [Rodrigues] awoke,

she presumed he had committed suicide. But she had nothing to do with it," her lawyer said.

Witnesses told a different story.

They said Gatti left his son to sleep in the apartment, then returned to the city center to find his wife.

She arrived at the apartment before he returned and waited for him, cops said, and they went upstairs together.

Gatti's brother, Fabrizzio, was on his way to Brazil yester-

day to claim the body, the [...]er's former manager s[...]

"They were getting [...] around a year ago, a[...] how she lured him bac[...] Lynch said.

"They were having [...] from the beginning [...] from day one. I saw it, [...]ly saw it, everyone s[...] cept him. It was just h[...]

"She was an evil pe[...] has no soul. Someone [...]pable of doing this — l[...]rots in hell."

With The Associa[...]

nydailynews.com     DAILY NEWS     Tuesday, July 14, 2009

# Gatti suicide shocker

## Brazilian police clear ex-stripper wife; family of boxer stunned

**BY LARRY McSHANE**
DAILY NEWS STAFF WRITER

OUTRAGED FAMILY and friends of two-time boxing champ Arturo Gatti returned a unanimous decision yesterday after his shocking death was ruled a suicide: Brazilian cops are dead wrong.

"I don't accept for one second that he killed himself," said an angry Lou DiBella, a boxing promoter and Gatti pal of nearly two decades.

"I don't believe it for a second. I believe my friend was murdered by his wife."

In a stunning reversal, Brazilian authorities cleared Gatti's ex-stripper wife, Amanda Rodrigues, in the boxer's death after she had spent nearly three weeks behind bars.

A judge in her native Brazil ordered Rodrigues' immediate release.

Rodrigues, 23, was jailed a day after Gatti's body was found July 11 inside a seaside resort hotel where the battling couple was spending a second honeymoon.

Police first said she used a purse strap to strangle the never-say-die fighter as he slept after a night of hard drinking. Gatti also suffered a knife wound to the back of the head, officials said.

Brazilian authorities would not explain the 180-degree swing in their investigation.

Rodrigues told The Associated Press she was depressed and afraid she might dump him after the couple fought hours before his death.

Gatti's family, left reeling from the suicide ruling, didn't swallow her story — or the Brazilian probe's finding.

"Arturo's family is conducting



Wearing sunglasses and a triumphant smile, Amanda Rodrigues walks out of a Brazilian jail yesterday followed by her sister Flavia. Authorities cleared Rodrigues, 23, in the death of her husband, boxer Arturo Gatti (inset). Photo by Reuters

their own investigation due to the circumstances of his passing," the Gatti clan said in a statement.

"They are confident in the end that truth will come out and justice will prevail."

Pat Lynch, Gatti's longtime trainer, called the Brazilian investigation a sham.

"What did he do, stab himself in the back of the head and strangle himself?" asked a distraught Lynch.

"She's the only suspect. Something has to get done. She cannot walk away from this."

Kathy Duva, whose Main Events Productions promoted Gatti, said the suicide ruling didn't jibe with the fighter's wounds — or his effervescent personality.

"I do not believe that he took his own life, and I think the truth will come out eventually," she

said. "He loved life. And he desperately loved his little son."

The 10-month-old boy was with Gatti and his wife in Porto de Galinhas when the fighter died.

Erika Rivera, mother of a 3-year-old daughter with Gatti, said the fighter would never quit on his little boy.

"This is crazy," she said before breaking down in tears. "It doesn't make any sense. I can't

believe they let her out."

Gatti, born in Montreal, trained in Jersey City and found stardom on the boardwalk in Atlantic City.

He captured his first title in 1995, defeating junior welterweight champion Tracy Harris Patterson.

Gatti's career mark of 40-9, with 31 knockouts, included three brutally memorable battles against Micky Ward.

lmcshane@nydailynews.com

---

## Hoboken mayor expected to quit

EMBATTLED HOBOKEN Mayor Peter Cammarano is expected to resign today, a week after he was busted in a massive New Jersey corruption sting.

The 32-year-old mayor, who went from rising Democratic political star to a symbol of greed, is stepping down because his ability to lead has been compromised by his bribery indictment, his lawyers said yesterday.

City Council President Dawn Zimmer, who lost a June runoff election to Cammarano by 161 votes, will replace him and a special election will be held in November to fill the rest of his term

Cammarano was one of three New Jersey mayors arrested last week along with five rabbis and dozens of other suspects in a massive federal corruption probe.

Bill Hutchinson

## Pols accused of intern pay hanky-panky

TWO BRONX POLS illegally hired summer interns with cash from a taxpayer-funded nonprofit run by their relative, prosecutors alleged.

The new charges emerged yesterday with the indictment of Richard Izquierdo — grandson of Bronx Assemblywoman Carmen Arroyo and nephew of Councilwoman Maria Del Carmen Arroyo. The Arroyos, both Democrats, did not return calls.

Izquierdo and Margarita Villegas, an employee of the nonprofit

Izquierdo runs, were originally charged in June with misusing taxpayer money to benefit his politician relatives.

The new charges allege Izquierdo misused funds from the SBCC Management Corp., a nonprofit that managed low-income buildings. SBCC is largely taxpayer-funded.

Over the past three summers, some money from SBCC paid for legislative interns for the Arroyos and a political club controlled by the assemblywoman, the indictment alleges.

Izquierdo and Villegas were previously charged with using the nonprofit's money to buy the Arroyos plane tickets to Puerto Rico, repair the floor of the assemblywoman's district office and make campaign contributions.

Both have also been charged with using the nonprofit's American Express Platinum card to pay for $180,000 in expenses from designer shopping sprees to Puerto Rico spas.

Greg B. Smith

nydailynews.com

DAILY NEWS   Friday, July 31, 2009

**Exhibit A**
4 of 13

# Final sendoff for big-hearted Gatti

Boxing royalty said goodbye to scrappy champ **Arturo (Thunder) Gatti** yesterday at a packed funeral for the slain fighter in Montreal. More than 1,000 people filed a church in the Canadian city's Little Italy section to remember Gatti, who cops suspect was strangled by his Brazilian stripper wife on July 11. "It's a good guy that left us," **Victor Salvatore**, a former Canadian lightweight champion who grew up with Gatti, told reporters.

**Mike Tyson** sent a message of condolence and the World Boxing Council presented Gatti's family with a ceremonial championship belt.

**Micky Ward**, who fought three bruising battles against Gatti, praised his 37-year-old rival as a fighter's fighter. "He was too young for this to happen," Ward told the Montreal Gazette.

Gatti, a two-time world champ, was found dead in a glitzy Brazilian seaside

## SPORTS WIRE

resort apartment he was renting with his wife and 10-month-old child. **Amanda Carine Barbosa Rodrigues**, a 23-year-old former exotic dancer, was arrested and is being held by police pending an investigation into the suspicious death.

Gatti was born in Italy and raised in Montreal. He became a star in Atlantic City, where he won his first title, moved to Jersey City in 1991 and delighted fans there until his retirement in 2007.      **— Dave Goldiner**

■ **Manny Pacquiao** and **Miguel Cotto** will meet Nov. 14 at the MGM Grand Garden in Las Vegas, Top Rank promoter **Bob Arum** said after finalizing the match between his company's two most prominent boxers. The 145-pound bout will be shown on HBO pay-per-view.

**TENNIS: Dinara Safina** reached the second round of the Slovenia Open in Portoroz by beating **Tadeja Majeric**, 6-0, 6-4. Safina — the first No. 1 woman to compete in Portoroz — was playing her first match since being routed in the Wimbledon semifinals by **Venus Williams**.



# GATTI KILLED SELF: WIFE

**By LUIZ C. RIBEIRO and ANDY GELLER**



**AS SEEN ON:**
abc AOL
CNN MSNBC USA TODAY

**Find out**

**hottest celebs**

**secret diet:**

**1 Rule for**

**flat stomach!**

*July 14, 2009 --*

The attorney for Arturo Gatti's stripper wife denied yesterday that she strangled the boxer -- and claimed the ex-champ committed suicide.

In a telephone call from Recife, in northern Brazil, lawyer Celio Avelino said the 37-year-old former junior-welterweight champion strangled himself with the strap of his wife's purse.

When asked how Gatti might have done that, Avelino said, "He used something to hang the strap and kill himself. Only police crime technicians can determine how he was killed, if he did it, she did it, or a third person did it."

The lawyer said his client, Amanda Carine Barbosa Rodrigues, 23, was "too small, too petite, to have killed him, He was very strong. Even drunk, she would have a hard time trying to kill him."

Police, on the other hand, are working on the assumption that Rodrigues strangled Gatti with the purse strap early Saturday while he drunkenly slept on the couch of the apartment they rented in a swank Brazilian resort. They say there were no signs of forced entry.

**Home**

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and NEWYORKPOST.COM
are trademarks of NYP Holdings, Inc.
Copyright 2009 NYP Holdings, Inc. All rights reserved.

NYDailyNews.com
# DAILY NEWS

## Supporters of Arturo Gatti frustrated by delay in second autopsy; Amanda Rodrigues goes on offensive

By Mitch Abramson
DAILY NEWS SPORTS WRITER
Friday, August 21st 2009, 10:49 AM

The results of a second autopsy on former boxer Arturo Gatti, who was found dead at a posh Brazilian resort on July 11, will not be made public for at least several months, frustrating family members and backers of Gatti who are hoping to establish he was murdered and did not commit suicide.

The coroner's office in Quebec City is waiting to receive several documents from the Brazilian government concerning Gatti's death, causing a delay in making its own determination about the cause of death, Genevieve Guilbault, a spokesperson for the Quebec City coroner's office told the Daily News on Thursday.

In the meantime, Amanda Rodrigues, Gatti's wife and an initial suspect in his death, has gone on the offensive, initiating a public relations campaign to try to clear her name. Rodrigues continues to maintain her innocence through various reports in the media and she has reportedly threatened to sue the Brazilian government for $1 million for incarcerating her for 18 days after she was initially accused. She is also upset over being described as a "former stripper" in media reports and denies ever dancing for money, according to a source close to her who wished to remain anonymous.

Authorities in Brazil initially ruled Gatti's death a homicide and fingered his Brazilian wife, Rodrigues, as the chief suspect. But an autopsy result and further analysis of the crime scene persuaded police to change their findings to suicide. They concluded that Gatti, 37, hung himself.

Former manager Pat Lynch strongly disputes that ruling, and has started his own investigation. A second autopsy on Aug. 1 in Montreal took place and Lynch invited an American pathologist from Manhattan, Dr. Michael Baden to monitor the process. In an interview with the Daily News earlier this month, Dr. Baden said the second autopsy revealed a number of black and blue marks under Gatti's skin "due to blunt force trauma."

He said the body doesn't get bruised to that extent in a suicidal hanging.

Baden also noted that the Brazilian coroner conducted a partial autopsy and failed to dissect the neck organs, which are important in a case involving a hanging. Quebec pathologists are seeking additional information from Brazil, including a toxicology report which may or may not have been completed and documents related to the crime scene, according to Dr. Baden.

Lynch was slightly puzzled when he learned of the delay in the second autopsy.

"I was told we might get them back this week or next week after it was done (on Aug. 1)," he said. "All we can do is sit back and wait for the results to come back. We're still confident that the results will show that he didn't hang himself and that he was killed."

Rodrigues remains in Brazil, according to her sister, Flavia. She could not be reached for comment and Flavia refused to answer any questions about her sister. Although Rodrigues disputes she was ever a stripper, Lynch says that Gatti met her at The Squeeze Lounge, a gentleman's club in Weehawken, N.J., two weeks after he was stopped in the ninth round by Carlos Baldomir on July 22, 2006.

Michael Prosperi, general manager of The Squeeze Lounge, said that Rodrigues worked there from 2006-2007 and that she was drawn to Gatti after realizing he was a famous boxer. Dancers at the club are not fully nude but begin fully clothed and strip down to G-strings, Prosperi said.

"Amanda would get extremely jealous when she saw him talking to the other girls," Prosperi said in a phone interview. "She didn't want any girl to get near him. She got pissed when they did. It took her two weeks to realize who he was and then she was all over him."

Gatti was a regular at the club, visiting around twice a week, Prosperi said.

"She was a good dancer," Prosperi said. "She definitely was not a beginner. She knew how to dance on the pole and give table dances. She was a good worker."

NYDailyNews.com
# DAILY NEWS

## Arturo Gatti's family still fighting for truth surrounding boxing champ's untimely death in Brazil

BY Larry Mcshane

DAILY NEWS STAFF WRITER

Sunday, July 4th 2010, 4:00 AM

Like     10 people like this.

A year after boxer Arturo Gatti's bewildering death in Brazil, his brother rattles off a half-dozen reasons to suspect the gutsy ex-champion was murdered.

And then Fabrizio Gatti slowly explains the single biggest reason to document - beyond any reasonable doubt - that the fearless fighter didn't hang himself on July 11, 2009.

"For his kids, growing up, I don't want them to think, 'My father is a coward who left me to grow up all alone,'" says the boxer's anguished kid brother. "I'm going to find a way to prove it, that he didn't kill himself."

This is the final bout of Arturo's storied career: a two-front posthumous battle waged by family and friends, with his 5-foot-2, 110-pound widow in the opposing corner.

The first involves proving Gatti, a real-life "Rocky" renowned for his raw ring persona, did not use his wife's 48-inch purse strap to end his life.

The second continues in a Canadian courtroom, where the Gattis are battling Amanda Rodrigues over Arturo's $6 million estate - left entirely to her in a will signed less than a month before his death.

Though the family suspects that Rodrigues had a role in Gatti's death, the dark-haired beauty repeatedly proclaimed her innocence - to HBO, ESPN, the BBC and the Daily News.

Brazilian authorities remain adamant that Gatti's death was a suicide, not a homicide.

"You're never gonna convince me he wasn't murdered," counters Gatti's manager, Pat Lynch. "He was set up to be murdered that night."

Rodrigues, 24, met Gatti while working at a New Jersey strip club. Their whirlwind romance preceded a volatile marriage.

The warring couple were six weeks short of their second anniversary when they took a "second honeymoon" at a posh Brazilian seaside resort.

Fabrizio Gatti says Rodrigues threatened his brother even before their departure, shouting at Arturo in a fight outside their mom's Montreal garage.

"Come to Brazil!" a neighbor reportedly heard her scream. "You're going to see what I'm going to do to you!"

Two-time titleholder Gatti, 37, turned up dead inside their hotel room in Porto de Galinhas, Brazil.

The widow discovered the body - and was jailed on murder charges.

But Rodrigues, beaming behind designer sunglasses, was freed on July 30 after authorities suddenly ruled the death a suicide.

The new police version: A drunken Gatti - despondent over a fight with Rodrigues and their failing marriage - used her purse strap to hang himself, as his wife and son Arturo Jr. slept upstairs.

"I want my good name back," she declared after the 180-degree swing that staggered Gatti's family, friends and fans.

Rodrigues moved from jail cell to courtroom, trying to enforce the will signed by her husband on June 17, 2009.

Then things turned bizarre.

Rodrigues, who lives in Brazil with her son, demanded custody of the family dog. And three months ago, a Canadian judge awarded her $100,000 from Gatti's estate - to cover her legal costs as a suspect in his murder.

Her Canadian attorney declined to comment on the case.

A second autopsy, done by noted forensic pathologist Michael Baden, raised doubts about a suicide.

The fighter's Adam's apple was fractured, an injury more consistent with strangulation than hanging. Ligature marks on Gatti's neck did not match with Rodrigues' purse strap.

And despite the assertion that Gatti was drunk, no alcohol testing was done during the Brazilian autopsy, said Baden, who was hired by the Gatti family.

Brazilian officials are also withholding the most basic crime scene and autopsy information requested last August by Baden and the Quebec coroner's office.

Is it a coverup?

"Often in official work, once a decision is made, the bureaucrat will stonewall," Baden says. "But there are issues that have to be explained if it were a suicide."

As far as Gatti's fortune, the family hopes to divide the estate 50-50 between his two kids - ensuring his 4-year-old daughter, Sofia, from a previous relationship, gets her share.

"Who deserves my brother's sweat?" Fabrizio says. "The kids, when they grow up. Not [Rodrigues]. She wants to live like a queen on other people's sweat."

lmcshane@nydailynews.com

Share

0  tweet

Email

Print

Exhibit A
9 of 13

# Arturo Gatti wife picture hits Web as Amanda Carine Barbosa Rodrigues is charged in boxer's death

DAILY NEWS STAFF

Updated Monday, July 13th 2009, 12:38 PM

Here's the sexy wife of slain boxer Arturo Gatti as she was escorted out of a police station in Recife, Brazil.

Amanda Carine Barbosa Rodrigues, who has a 1-year-old son with Gatti, is a former stripper. She has been charged in Gatti's death.

Rodrigues was seen walking to a police cruiser in blue jeans and a white top. She seemed to be taking the arrest in stride, but her sunglasses did much to disguise her expression.

Police consider her the only suspect in Gatti's death.

Gatti, who trained at Gleason's Gym in Brooklyn, was found dead in Brazil on Saturday. He was strangled with a purse strap, say police.

Authorities detained Rodrigues on Sunday because of contradictions in her story when she was first questioned.

Rodrigues could not explain how she had spent nearly 10 hours in the room without noticing that Gatti was dead, authorities said.

**Exhibit A**
10 of 13

# Boxer's death may be suicide

**BY JOHN LAUINGER**
DAILY NEWS STAFF WRITER

AUTOPSY RESULTS reveal boxing star Arturo Gatti may have committed suicide by hanging himself, a Brazilian newspaper reported yesterday.

The findings cast doubt on a theory advanced by Brazilian police, who insist the boxing champ's sexy 23-year-old wife strangled him with a purse strap in a Brazilian seaside resort.

Gatti's body was "suspended and hanged, indicating he may have committed suicide," according to the local coroner's initial autopsy findings, obtained by the Jornal do Comercio newspaper.

The autopsy did not rule out murder or accidental death, the newspaper reported. Gatti, 37, and his wife, Amanda Rodrigues, a former exotic dancer, journeyed to Brazil for a second honeymoon earlier this month.

Rodrigues, who is currently in jail but maintains her innocence, told investigators she called police after finding Gatti's body on the morning of July 11.

But police claim Rodrigues murdered the retired pugilist while he drunkenly slept and then altered the crime scene.

Investigators said Rodrigues is their only suspect and pointed out that the apartment's electronic locks showed that Gatti and Rodrigues were the only people who entered.

Gatti, who was born in Canada and punched his way to world championships in two weight classes, had marks on his throat consistent with strangulation, investigators said.

He also had a knife wound in the back of his head.

Rodrigues professed her innocence in a letter given to The Associated Press Wednesday. Under Brazilian law, police have until this Wednesday to turn evidence over to prosecutors, who will determine whether to file charges.

**With News Wire Services**
*jlauinger@nydailynews.com*

**Exhibit A**
11 of 13



# TO THE DEATH

### Amanda
## "THE STRIPPER"

### Arturo
## "THUNDER"

BY KEITH GREENBERG

GATTI

**ARTURO "THUNDER" GATTI** WAS ONE OF THE TOUGHEST FIGHTERS THE BOXING WORLD HAS EVER SEEN. RENOWNED FOR ENDURING SUPER-HUMAN AMOUNTS OF PAIN IN THE RING. SO WHY WOULD A MAN WHO SO LOVED CHEATING DEATH DECIDE TO TAKE HIS OWN LIFE? MANY BELIEVE HE DIDN'T.

"THE ONLY REASON YOU MADE MONEY WAS BECAUSE YOU BLED IN THE RING."

PAGE 88   MAXIM   MARCH 2010

Exhibit A
12 of 13

# IT WAS A BREEZY SPRING MORNING

**IN MAY 2008, TONY RIZZO STOOD IN THE DOORWAY OF THE MONTREAL PENTHOUSE ARTURO "THUNDER" GATTI SHARED WITH HIS WIFE, WATCHING THE PETITE EX-STRIPPER—NOW FIVE MONTHS PREGNANT**