

Davis Wright
Tremaine LLP

1633 Broadway
27th Floor
New York, NY 10019-6708

**Robert D. Balin**
212.603.6440 Tel
212.489.8340 Fax

robbalin@dwt.com

October 6, 2010

**VIA ECF**

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Newark, New Jersey 07101

   Re: <u>Rodrigues v. New York Daily News, et a.</u> (10 cv 03511)

Dear Clerk:

  I am a member of Davis Wright Tremaine, attorneys for the Defendants in the above-captioned matter. On September 15, 2010, Defendants electronically filed a motion to dismiss the complaint, Docket Entry No. 8. Rather than oppose that motion, Plaintiff has filed an Amended Complaint. Accordingly, Defendants respectfully request to withdraw their motion to dismiss the original Complaint.

          Respectfully yours,

          Robert D. Balin /DAA

          Robert D. Balin

DWT 15632953v1 3970112-000047

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com