**ORDER ON ORAL MOTION**

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

---------------------------------------------------- x
AMANDA CARINE BARBOSA
RODRIGUES,                                           :   Case No. 2:10-cv-03511-WJM-MF
            Plaintiff,                               :
                                                     :
    - v -                                            :
                                                     :
NEW YORK DAILY NEWS, NYP                             :
HOLDINGS INC. t/a NEW YORK POST,                     :   <u>DISCOVERY ORDER</u>
MAXIM MAGAZINE INC. t/a MAXIM                        :
MAGAZINE,                                            :
                                                     :
            Defendants.                              :
---------------------------------------------------- x

The Parties having appeared before the Court for a Status Conference on December 2, 2011,

IT IS on this 9th day of December, 2011

ORDERED that:

1. The deadline for all discovery will be adjourned to January 31, 2012.

2. Ms. Rodrigues will respond to Defendants' Second Set of Interrogatories seeking contact information for Jean Williams, Sandra Reis and Rosie Rodrigues on short notice of four (4) days.

_____
MARK FALK
United State Magistrate Judge