RUDNICK, ADDONIZIO, PAPPA & CASAZZA

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

PARK VILLAGE

25 VILLAGE COURT

HAZLET, NEW JERSEY 07730

MARTIN M. RUDNICK
JAMES J. ADDONIZIO
  CERTIFIED CIVIL TRIAL ATTORNEY
MICHAEL J. PAPPA
MARK F. CASAZZA
  MEMBER OF N.J. & N.Y. BAR
DENISE A. RAGOZA

(732) 264-4400
FAX (732) 888-2780
REAL ESTATE FAX (732) 335-4767
WWW.RUDNICKLAW.COM

March 8, 2012

*Via fax (973) 645-3097*
*and regular mail*

Honorable Mark Falk, USMJ
Martin Luther King Jr. Federal Building
    & US Courthouse
50 Walnut Street
Newark, NJ 07101

Honorable William J. Martini, JSDC
Martin Luther King Jr. Federal Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Amanda Rodrigues v. NY Daily News, NY Post, et al
      Case No. 2:10-cv-03511-WJM-MF
      Our File No. L-10275-CZ

Dear Judge Falk:

Please be advised that the above-captioned matter has settled as to all parties.  The appropriate Stipulation of Dismissal with Prejudice will be filed shortly.

Thank you for your cooperation and courtesies.

                              Respectfully,

                              s/  Mark F. Casazza

                              MARK F. CASAZZA

MFC/dd
cc:   Robert D. Balin, Esquire *(212) 489-8340*