IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

---

AMANDA CARINE BARBOSA RODRIGUES,

        Plaintiff,

- v -

NEW YORK DAILY NEWS, NYP HOLDINGS INC. t/a NEW YORK POST, MAXIM MAGAZINE INC. t/a MAXIM MAGAZINE,

        Defendants.

---

Case No. 2:10-cv-03511-WJM-MF

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned attorneys for the parties, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party.

Facsimile signatures on this stipulation shall be valid and binding on the parties.

Dated: New York, New York
      March 8, 2012

RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.

By: _____
    Mark Casazza

25 Village Court
Hazlet, NJ 07730
(732) 264-4400

*Attorneys for Plaintiff.*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin

1633 Broadway – 27th Fl.
New York, N.Y. 10019
(212) 489-8230

*Attorneys for Defendants.*